JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR ZAVALA,<br>　　Petitioner,<br><br>　　　　v.<br><br>CRAIG KOENIG, Warden,<br>　　Respondent. | SA CV 22-0882 DSF(PD)<br><br>JUDGMENT |

　　Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

　　IT IS ADJUDGED that the Petition is dismissed with prejudice.

　　IT IS SO ORDERED.

Date: May 9, 2023

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Dale S. Fischer
　　　　　　　　　　　　　　　　　　　　United States District Judge