# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR ZAVALA,<br><br>                    Petitioner,<br><br>     v.<br><br>CRAIG KOENIG,<br><br>                    Respondent. | Case No. 8:22-cv-00882-DSF-PD<br><br>**ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE DENYING APPLICATION [DKT. NO. 34]** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed Petitioner's Application for Written Indication of Willingness to Entertain Motion and the memorandum and exhibits submitted in support thereof (the "Application"), the records on file, the Report and Recommendation of United States Magistrate Judge ("Report"), and Petitioner's Objections to the Report. The Court has engaged in a *de novo* review of those portions of the Report to which Petitioner has objected. The objections are overruled.

The Court accepts the Report and adopts it as its own findings and conclusions.  The Application is denied.


Date:  March 31, 2026


_____
Dale S. Fischer
United States District Judge